IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVIS L. CHAMBERS #M0962                        PETITIONER

VS.                                                  NO. 4:05cv113TSL-LRA

WARDEN JOHNNY CROCKETT and
JIM HOOD, ATTORNEY GENERAL                   RESPONDENTS

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda Randle Anderson entered in this cause on July 9, 2007, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 30th day of July, 2007.

                                                 /s/Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE